Kent W Meyer (State Bar No. 117485
Michael Yee (State Bar No. 258811)
MyLawyersLLP.com
Meyer & Yee, LLP
950 Reserve Drive, Suite 110
Roseville, CA 95678
Telephone: (916) 599-7297
Facsimile: (916) 471-0160



**FILED**

JUN 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

Attorneys for Defendants
AMERICAN FURNITURE GALLERY, ALAN
TRAN and KEVIN TRAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FURNITURE WAREHOUSE CORPORATION, dba AMERICAN FURNTIRE GALLERIES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FURNITURE GALLERY, ALAN TRAN, KEVIN TRAN, and DOES 1 through 20, inclusive<br><br>　　　　Defendants. | Case No. 2:12-cv-02911-GEB-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Action Filed:　November 29, 2012 |

　　　　Plaintiff AMERICAN FURNITURE WAREHOUSE CORPORATION ("Plaintiff") and Defendants AMERICAN FURNITURE GALLERY, ALAN TRAN and KEVIN TRAN ("Defendants"), by and through their attorneys of record in this case, herby stipulate and agree that:

　　　　WHEREAS, Plaintiff filed the instant action in the United States District Court, Eastern

District of California – Sacramento Division (Case No. 2:12-cv-012911)("Action");

WHEREAS, the Defendants' responsive pleading is presently due on May 14, 2013;

WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern District of California provides that the Parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants, on the other, through their respective counsel of record herein, that the Defendants may have an extension of time to answer, move, or otherwise respond to Plaintiff's complaint to and including June 12, 2013.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: May 29, 2013            Respectfully submitted,

　　　　　　　　　　　　　　　Meyer & Yee, LLP
　　　　　　　　　　　　　　　Domestic and International Practice


By:    /s/ Michael Yee
　　　　　　Michael Yee


Attorneys for AMERICAN FURNITURE GALLERY, Alan Tran and Kevin Tran

DATED: May 29, 2013            Respectfully submitted,

                                           Hughey Moening, LLP

                                           By:      /s/ Kevin Alan Hughey
                                                         Kevin Alan Hughey

                                           Attorneys for Plaintiff AMERICAN FURNITURE WAREHOUSE CORPORATION

## ORDER

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows: Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to June 12, 2013.

IT IS SO ORDERED.

Dated: 6-6-13

                                           UNITED STATES District JUDGE