Kent W Meyer (State Bar No. 117485)
Michael Yee (State Bar No. 258811)
MyLawyersLLP.com
Meyer & Yee, LLP
950 Reserve Drive, Suite 110
Roseville, CA  95678
Telephone: (916) 599-7297
Facsimile: (916) 471-0160

Attorneys for Defendants
AMERICAN FURNITURE GALLERY, ALAN
TRAN and KEVIN TRAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FURNITURE WAREHOUSE CORPORATION, dba AMERICAN FURNITURE GALLERIES,<br><br>                    Plaintiff,<br><br>        vs.<br><br>AMERICAN FURNITURE GALLERY, ALAN TRAN, KEVIN TRAN, and DOES 1 through 20, inclusive<br><br>                    Defendants. | Case No. 2:12-cv-02911-GEB-EFB<br><br>**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Action Filed:      November 29, 2012 |

        Defendants AMERICAN FURNITURE GALLERY, ALAN TRAN and KEVIN TRAN ("Defendants"), files

its Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's instant action in the United

States District Court, Eastern District of California – Sacramento Division (Case No. 2:12-cv-012911)

("Complaint"), and states as follows:

1.      On March 25, 2013 Plaintiff AMERICAN FURNITURE WAREHOUSE, dba AMERICAN FURNITURE GALLERY (hereinafter "AFWC") filed its First Amended Complaint.

2.      AMERICAN FURNITURE GALLERY was served with process on April 22, 2013 and ALAN TRAN and KEVIN TRAN were served on April 23, 2013, making their answer due on May 14, 2013.

3.      On June 3, 2013, Defendants filed a stipulation to extend time to respond to Complaint for 28 days under Local Rule 6-144(a), making their answer due on June 12, 2013.  The court approved the stipulation.

4.      At this time, Defendants requests that it be given an extension of fourteen days to answer or otherwise respond to Plaintiff's Action, making its answer or responsive pleading due on June 26, 2013.

5.      Counsel for Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff would not oppose this motion.

WHERFORE, Defendants pray that the Court grant its Motion for Extension of Time to File Responsive Pleading by extending the time period for Defendants to answer or otherwise respond to Plaintiff's Action until June 26, 2013.

IT IS MOTIONED.

DATED: June 11, 2013                  Respectfully submitted,

Meyer & Yee, LLP
Domestic and International Practice

By:  _____/s/ Michael Yee_____
                    Michael Yee

Attorneys for AMERICAN FURNITURE GALLERY, ALAN TRAN and KEVIN TRAN

<u>ORDER</u>

The Court, having duly considered the parties' motion as set forth above, and good cause appearing,

herby orders as follows:  Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall

be extended to June 26, 2013.

**Date:  <u>6/17/2013</u>**

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge