IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FURNITURE WAREHOUSE CORPORATION dba AMERICAN FURNITURE GALLERIES,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FURNITURE GALLERY, ALAN TRAN, KEVIN TRAN, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____ | 2:12-02911-GEB-EFB<br><br><u>ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND SCHEDULING STATUS CONFERENCE</u> |

Since the parties have stipulated to permit Plaintiff "to amend the First Amended Complaint to join AFG Bros. Enterprises, Inc." as a defendant (<u>see</u> ECF No. 33-1), Plaintiff is permitted to so amend the First Amended Complaint under Federal Rule of Civil Procedure 15(a)(2); leave of court is not required. Plaintiff shall file the proposed Second Amended Complaint attached as Exhibit 1 to its pending Motion for Leave to File Second Amended Complaint (ECF No. 31) within three (3) court days from the date on which this order is filed. Accordingly, Plaintiff's pending motion to amend is denied as moot.

Further, a Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on September 30, 2013. A further

1  joint status report shall be filed no later than fourteen (14) days
2  prior to the Status Conference.
3  Dated:  July 9, 2013

5  _____
   GARLAND E. BURRELL, JR.
6  Senior United States District Judge