IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FURNITURE WAREHOUSE CORPORATION dba AMERICAN FURNITURE GALLERIES,<br><br>           Plaintiff,<br><br>     v.<br><br>AMERICAN FURNITURE GALLERY, ALAN TRAN, KEVIN TRAN, and DOES 1 through 20, inclusive,<br><br>           Defendants.<br>_____ | 2:12-cv-02911-GEB-EFB<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

Plaintiff filed a "Notice of Settlement of the Entire Action" on July 26, 2013, in which it states: "the case has been settled. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, Plaintiff will file a Notice of Voluntary Dismissal of the entire action." (ECF No. 41.)

Therefore, a dispositional document shall be filed no later than August 16, 2013. See E.D. Cal. R. 160(b) (requiring dispositional documents be filed within twenty-one days from the date of notification of settlement "absent good cause"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id. ("A failure to

file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on September 30, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: July 29, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2